# EXHIBIT A TO COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**



---

### Title

        Title of Work: ▇
Previous or Alternate Title: ▇

### Completion/Publication

    Year of Completion: ▇
  Date of 1st Publication: 
Nation of 1st Publication: United States

### Author

          • Author: ▇
    Author Created:
Work made for hire:
       Citizen of:
     Domiciled in:
       Year Born:

### Copyright Claimant

Copyright Claimant: ▇

### Rights and Permissions

  Name: ▇
  Email:
Address:

**Certification**

Name:
Date:

Copyright Office notes: Regarding basis for registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases, or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

        **Title of Work:** ███████

## Completion/Publication

     **Year of Completion:** ███
    **Date of 1st Publication:** ███
   **Nation of 1st Publication:** ███

## Author

-         **Author:** ███
      **Author Created:** ███
         **Citizen of:** ███

## Copyright Claimant

    **Copyright Claimant:** ███

## Certification

           **Name:** ███
           **Date:** ███

     **Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3)



All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
**Title of Work:** ▮

## Completion/Publication
**Year of Completion:** ▮
**Date of 1st Publication:**
**Nation of 1st Publication:**

## Author
- **Author:** ▮
  **Author Created:**
  **Citizen of:**

## Copyright Claimant
**Copyright Claimant:** ▮

## Certification
**Name:** ▮
**Date:**

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title

Title of Work: ▇▇▇▇▇▇▇

### Completion/Publication

Year of Completion: ▇▇▇
Date of 1st Publication: ▇▇▇
Nation of 1st Publication: ▇▇▇

### Author

- Author: ▇▇▇
  Author Created: ▇▇▇
  Citizen of: ▇▇▇

### Copyright Claimant

Copyright Claimant: ▇▇▇

### Certification

Name: ▇▇▇
Date: ▇▇▇

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: ▇

## Completion/Publication

Year of Completion: ▇
Date of 1st Publication: ▇
Nation of 1st Publication: ▇

## Author

- Author: ▇
  Author Created: ▇
  Citizen of: ▇

## Copyright Claimant

Copyright Claimant: ▇

## Certification

Name: ▇
Date: ▇

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

