```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
XYZ CORP.,                                                    :
                                    Plaintiff,                :
                                                              :    24 Civ. 1962 (LGS)
            -against-                                         :
                                                              :    ORDER
INDIVIDUALS, CORPORATIONS, LIMITED                            :
LIABILITY COMPANIES, PARTNERSHIPS,                            :
AND UNINCORPORATED ASSOCIATIONS                               :
IDENTIFIED ON SCHEDULE A TO THE                               :
COMPLAINT,                                                    :
                                    Defendant.                :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a hearing on the motion for preliminary injunction was scheduled for April 17, 2024, at 4:20 pm;

WHEREAS, on April 11, 2024, the Court granted Plaintiff's motion for alternative service and Defendants were served on April 12, 2024.  It is hereby

**ORDERED** that the preliminary injunction hearing scheduled for April 17, 2024, is adjourned to **April 24, 2024**, at **4:20 p.m.**

Dated: April 16, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**