**Dmitry Lapin, Esq.** (NY, NJ, PA, and ME)
535 N. Church Street #304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com



---

**VIA ECF**

May 31, 2024

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **XYZ Corp., v. Individuals, et. al.,**  (Dkt # 1:24-cv-01962-LGS)
Request for Adjournment of June 26, 2024, Telephonic Conference

Dear Hon. Schofield:

This office represents Plaintiff in the above referenced copyright infringement action. Earlier today, Your Honor ordered that a telephonic conference is scheduled for June 26, 2024 at 4:20pm. [Doc. 63].

Plaintiff respectfully requests that the Court adjourn this conference. I am presently scheduled to appear for a settlement conference on that same day, at 1:30pm, in the matter of *West Stone Works Co., Inc., v. Heavenly Monuments, LLC, et. al* (1:23-cv-04308-ESK-MJS) (D.N.J.). At this time, I am not certain whether the settlement conference will conclude by 4:20pm. I have no other conflicts for the week of June 24, 2024, and can be available based on Your Honor's calendar.

Thank you for your attention to this matter.

Respectfully submitted,

Dmitry Lapin, Esq.

Application **GRANTED**.  The conference scheduled for June 26, 2024, is adjourned to **July 3, 2024, at 4:20pm.**  Plaintiff shall serve a copy of this Order and the Order dated May 30, 2024, on Defendants and shall file proof of service by **June 4, 2024.**

Dated: May 31, 2024
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**