**Dmitry Lapin, Esq. (NY, NJ, PA, and ME)**
535 N. Church Street #304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com



<u>**VIA ECF**</u>

August 5, 2024

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Fox Shiver LLC., v. Individuals, et. al.,**  (Dkt # 1:24-cv-01962-LGS)
        Motion to Correct/Modify Judgment

Dear Hon. Schofield:

    This office represents Plaintiff in the above referenced copyright infringement action. On August 2, 2024, the Court entered Default Judgment against certain defaulting Defendants, as itemized in Appendix A to the Order for Default Judgment [ECF. No. 104]. Plaintiff's proposed order for default judgment inadvertently omitted Appendix A. Consequently, the Court's Default Judgment Order does not include Appendix A.

    As such, Plaintiff respectfully requests the Court to correct/modify the Order to include Appendix A. Plaintiff does not seek any substantive modification to the Order for Default Judgment. Annexed hereto is a copy of proposed Appendix A to the Order for Default Judgment.

Application **GRANTED**.  An amended default judgment will issue separately.

Dated: August 6, 2024
     New York, New York

Respectfully submitted,

Dmitry Lapin, Esq.

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Fox Shiver LLC.

                    Plaintiff

       v.

Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

                    Defendants.
-----------------------------------------------------------x

Case No: 24-cv-1962-LGS

**APPENDIX A**

| | | | | |
|---|---|---|---|---|
| 4 | AmriMagicPEN | | 57 | Mangaesthetics |
| 8 | BarclayStudioStore | | 61 | ModeVistaStudio |
| 9 | BazaarVibe | | 62 | Modulary |
| 10 | BeroBread | | 63 | Monaldy |
| 11 | Brodzar | | 67 | OxygenCrafts |
| 12 | BubblePT | | 70 | PLWMART |
| 16 | CraftsmileShop | | 73 | PurePopShop |
| 17 | Creationscases | | 74 | PuzzLazz |
| 24 | CustomSignUS | | 75 | QueendesignByIeva |
| 25 | DeeNeeVee | | 76 | saracybershop |
| 27 | DigitalArtsShoppe | | 77 | SereneOasisStudio |
| 28 | DiLussoUS | | 78 | ShamrockOrnament |
| 31 | ElegantStylish | | 80 | ShellysHobbiesNSuch |
| 32 | FinleyApparelCo | | 81 | ShopTheGildedFrame |
| 34 | FunnyTeeUp | | 84 | SmittenKittenCreates |
| 35 | FunnyThreadsHaven | | 87 | SullyCats |
| 39 | GrannyCatsCrafts | | 90 | TeeShirtCustomDesign |
| 40 | Groovylines | | 94 | TheStickology |
| 41 | Gumisel | | 95 | TypeFaceArt |
| 42 | HaddonfieldCreations | | 96 | VintageMiseryShop |
| 43 | HeartArtRO | | 99 | WhiskerWaresShop |
| 45 | IllustriousJaims | | 100 | WhiteBeachSweatshirt |
| 46 | InspirexFunTees | | 101 | WoodlandDreamsCo |
| 47 | JonBoyApparel | | 103 | Personalised4rYou |
| 49 | JustbuttonsShop | | 105 | JSIDmerch |