UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Fox Shiver LLC

                                      Plaintiff

   v.

Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint,

                                   Defendants.

-----------------------------------------------------------x

Case No: 1:24-cv-1962-LGS

Within **five (5) days of entry of any certificate of default**, Plaintiff shall file a proposed default judgment and a proposed order to show cause for why default judgment should not issue.
The initial pretrial conference scheduled for December 4, 2024, is **CANCELLED**.
So Ordered.

The Clerk of Court is respectfully directed to enter a certificate of default as to the below-named Defendants.

Dated: November 13, 2024
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

## NOTICE OF MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), and Local Rule 55.1(b), Plaintiff hereby moves this Court to enter default or direct the clerk to enter default against the below Defendants:

- bydigitalworldshop
- ChiccoCoDesign
- GreenHouseTshirt
- CozyCraftShirts
- MASNUEVO
- NovaBySafir
- PrintySoul
- SimpleSVGcraft
- SVGSHOPOXI

In support thereof, Plaintiff files a Memorandum of Law in Support, as well as the Declaration of Dmitry Lapin, Esq.

Dated: November 11, 2024      Respectfully submitted,

                                               By:    /s/ Dmitry Lapin
                                                        Dmitry Lapin, Esq.
                                                        Axenfeld Law Group, LLC
                                                        2001 Market St. STE 2500
                                                        Philadelphia, PA 19103
                                                        dmitry@axenfeldlaw.com
                                                        917-979-4570
                                                        Attorney for Plaintiff